UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AMAURY PEREZ-VEGA,

Petitioner,

v. Case No.: 2:26-cv-02142-SPC-NPM

WARDEN, GLADES COUNTY DETENTION CENTER,

Respondent,

_______________________________________/

# OPINION AND ORDER

Before the Court are Amaury Perez-Vega's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 5).

Perez-Vega is a native of Cuba who last entered the United States in 2016. Border Patrol released him into the country on his own recognizance. On November 20, 2025, Army and Marine Operations arrested Perez-Vega due to his immigration status and handed him over to Border Patrol. Perez-Vega requested a custody redetermination hearing, and on May 13, 2026, an immigration judge found he is a flight risk and denied release on bond. Then on July 13, 2026, an immigration judge ordered Perez-Vega removed to Cuba. Perez-Vega reserved his right to appeal, but the record does not reflect whether he exercised that right.

If Perez-Vega timely appealed the removal order, he is detained under 8 U.S.C. § 1226(a), and he received due process in the form of an individualized bond hearing. If Perez-Vega did not appeal his removal order by August 12, 2026, it is final, and his detention is lawful under § 1231. Accordingly, Perez-Vega's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on October 13, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record